### Commonwealth ex rel. Snoe, Appellant, *v.* Maroney.

Submitted November 9, 1964.

*Herman L. Snoe,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Thomas, Appellant, *v.* Maroney.

Submitted November 9, 1964. *Samuel L. Thomas,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Watts, Appellant, *v.* Maroney.

Submitted November 9, 1964. *Bert Watts,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.